978

No. 186. General Drivers, Warehousemen, and Helpers, Local Union No. 89, et al. v. American Tobacco Co., Inc. Certiorari, 348 U. S. 813, to the Court of Appeals of Kentucky. Argued March 31–April 1, 1955. Decided April 4, 1955. *Per Curiam:* The judgment is reversed. *Weber* v. *Anheuser-Busch, Inc.,* 348 U. S. 468; *Bus Employees* v. *Wisconsin Board,* 340 U. S. 383. *Herbert S. Thatcher* and *William S. Tyson* argued the cause for petitioners. *J. Albert Woll, David Previant* and *Ralph H. Logan* were with *Mr. Thatcher* on the brief. By special leave of Court, *Dominick L. Manoli* argued the cause for the National Labor Relations Board, as *amicus curiae,* urging reversal. With him on the brief were *Solicitor General Sobeloff, David P. Findling* and *Norton J. Come. Nelson Helm* argued the cause for respondent. With him on the brief was *Francis E. Koch.*

No. 394. In re Levy. Certiorari, 348 U. S. 887, to the United States Court of Appeals for the Fifth Circuit. Argued March 31, 1955. Decided April 4, 1955. *Per Curiam:* The record in this case discloses no sufficient grounds for the failure and refusal of the District Court to grant petitioner's application for admission to the bar of that Court. The judgment of the Court of Appeals is accordingly reversed with direction to remand the cause to the District Court for appropriate action in accordance with this order. *Bernard A. Golding* argued the cause for petitioner. *Leroy Denman Moody* filed a brief for the Houston Bar Association, as *amicus curiae,* urging affirmance.